**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00801-GPG

**ROBERT GUTOWSKI, JR.**,

    Plaintiff,

v.

**PARTY UNKNOWN**,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff, Robert Gutowski, Jr., submitted to the court a document that purports to seek legal redress from individuals in the State of Montana (ECF No. 1). Accordingly, this action has been opened. As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court determined that the document was deficient as described in its order dated April 16, 2015 (ECF No. 2). In that Order, Plaintiff was directed to cure the deficiencies by filing a complaint on the court-approved forms and by either paying the $400.00 filing fee or filing an Application to Proceed without payment of costs. On April 30, 2015, the Court received another letter from Plaintiff. This letter does not cure the deficiencies. Plaintiff is directed to cure the following if he wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   xx   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information

(6)    ___    is missing authorization to calculate and disburse filing fee payments on proper form
(7)    ___    is missing an original signature by the prisoner
(8)    ___    is not on proper form (must use the court's current form)
(9)    ___    names in caption do not match names in caption of complaint, petition or habeas application
(10)   xx   other: Plaintiff may pay the filing fee of $400 in full in advance instead of submitting a properly supported 1915 motion and affidavit.

**Complaint, Petition or Application for Habeas Corpus Relief**:
(11)   XX   is not submitted
(12)   XX   is not on proper form (must use the court's current prisoner form)
(13)   ___   is missing an original signature by the prisoner
(14)   ___   is missing page nos. ___
(15)   ___   uses et al. instead of listing all parties in caption
(16)   ___   names in caption do not match names in text
(17)   XX   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)   ___   other: _____.

Accordingly, it is

     **ORDERED** that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

     **FURTHER ORDERED** that Plaintiff shall obtain the court-approved forms for filing a Complaint and/or Application for Habeas Corpus Relief along with the applicable instructions, at www.cod.uscourts.gov. It is

     **FURTHER ORDERED** that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

     DATED May 1, 2015, at Denver, Colorado.

                                 BY THE COURT:

                                 s/ Gordon P. Gallagher
                                 United States Magistrate Judge