IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00801-LTB

**ROBERT GUTOWSKI, JR.**,

    Plaintiff,

v.

**PARTY UNKNOWN**,

    Defendants.

## ORDER OF DISMISSAL

On April 13, 2015, Plaintiff, Robert Gutowski, Jr., submitted to the court a document that purports to seek legal redress from individuals in the State of Montana (ECF No. 1). Accordingly, this action was opened. As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court determined that the document was deficient as described in its order dated April 16, 2015 (ECF No. 2). In that Order, Plaintiff was directed to cure the deficiencies by filing a complaint on the court-approved forms and by either paying the $400.00 filing fee or filing an application to proceed without payment of costs.

On April 30, 2015, the Court received another letter from Plaintiff. This letter did not cure the deficiencies. On May 1, 2015, the Court issued another order directing Plaintiff to cure the deficiencies by filing a complaint on the court-approved forms and by either paying the $400.00 filing fee or filing an application to proceed without payment of costs within thirty days (ECF No. 5). That Order specifically informed Plaintiff that the action would be dismissed without further notice if he failed to cure the deficiencies

within thirty days. No further pleadings have been filed by Plaintiff to date.

Plaintiff has failed to cure the deficiencies within the time allowed. Therefore, the action will be dismissed without prejudice for failure to cure the noted deficiencies.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

**ORDERED** that the Complaint and the action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute. It is

**FURTHER ORDERED** that leave to proceed in forma pauperis on appeal is denied.

DATED at Denver, Colorado, this 4th day of June, 2015.

                        BY THE COURT:

                        s/Lewis T. Babcock
                        LEWIS T. BABCOCK, Senior Judge